USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/29/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HU HOLDINGS, LLC, <br><br> Plaintiff <br><br> -against- <br><br> LAURA'S ORIGINAL BOSTON BROWNIE'S, ET AL., <br><br> Defendants | 18-CV-10012 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

Pursuant to the Pre-Motion Conference held by the Court on January 29, 2019, the Parties are hereby **ORDERED** to submit a Joint Status Report on or before February 19, 2019. The Parties should indicate any progress relating to settlement.

Should the Parties be unable to reach an agreement, they are hereby **ORDERED** to adhere to the following briefing schedule:

| | |
|---|---|
| **Plaintiff's Amended Complaint** | March 5, 2019 |
| **Defendants' Motion to Dismiss or Transfer** | April 2, 2019 |
| **Plaintiff's Opposition to Defendants' Motion** | April 30, 2019 |
| **Defendants' Reply to Plaintiff's Opposition** | May 7, 2019 |

SO ORDERED.

Dated:   January 29, 2019
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge